IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STRYKER CORPORATION, a Michigan corporation; HOWMEDICA OSTEONICS CORP., A New Jersey corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER RIDGEWAY, an individual; RICHARD STEITZER, an individual; BIOMET, INC., an Indiana corporation;<br><br>Defendants. | Case No. 1:13-cv-01066<br><br>The Honorable Robert Holmes Bell |

## MOTION TO SEVER AND TRANSFER VENUE

Defendant, Christopher Ridgeway, reserves his objections to jurisdiction that are currently pending by separate motions, and moves this Court to sever the claims against him under Rule 21 of the Federal Rules of Civil Procedure, then transfer the case against him to the United States District Court for the Eastern District of Louisiana under 28 U.S.C. § 1404(a), on the grounds and for the reasons set forth in the attached Memorandum in Support. In accordance with Local Civil Rule 7.1(d), plaintiffs oppose this Motion, but Richard Seitzer and Biomet, Inc. consent to this Motion.

RESPECTFULLY SUBMITTED:

/s/ Wade P. Webster
WADE P. WEBSTER (LA Bar. No. 1639)
FOWLER RODRIGUEZ FLINT GRAY
MCCOY & SULLIVAN, L.L.P.
400 Poydras Street 30th Floor
New Orleans, Louisiana  70130
Phone:  (504) 523-2600
Facsimile:  (504) 523-2705
Email: wwebster@frfirm.com

STEPHEN HESSEN (MI Bar No. P41663)
KREIS, ENDERLE, HUDGINS & BORSOS, P.C.
Post Office Box 4010
Kalamazoo, MI  49003-4010
Phone:  (269) 321-2340
Fax:  (269) 324-3010
Email:  SHessen@KreisEnderle.com

*Attorneys for Christopher Ridgeway*

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was on this 8th day of November, 2013 filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Wade P. Webster