IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION, et al.,

Plaintiffs,

v.                                                                File No. 1:13-CV-01066

CHRISTOPHER RIDGEWAY, et al.,                                     The Honorable Robert Holmes Bell

Defendants.

_____

STONE SURGICAL, LLC,

Plaintiff,

v.                                                                File No. 1:14-CV-889

STRYKER CORPORATION, et al.,                                      The Honorable Robert Holmes Bell

Defendants.

_____

## ORDER

Considering the Motion for Leave of Court filed by Christopher Ridgeway in No. 1:13-CV-01066,

IT IS HEREBY ORDERED that the Motion for Leave to File Exhibits Under Seal filed by Christopher Ridgeway is granted.

Kalamazoo, Michigan, this _____ day of December, 2014.


_____
UNITED STATES DISTRICT JUDGE


864560