# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 8, 2018

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED**
Jan 09, 2018
DEBORAH S. HUNT, Clerk

Re: Christopher Ridgeway, et al.
v. Stryker Corporation, et al.
No. 17-556
(Your No. 16-1434, 16-1654)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk